# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA M. BROWN,<br>    Plaintiff,<br>v.<br>BOLDEN,<br>    Defendant. | Case No. 2:24-cv-00504-MMD-NJK<br>**REPORT AND RECOMMENDATION**<br>[Docket No. 8] |

Pending before the Court is Plaintiff's third application to proceed *in forma pauperis*. Docket No. 8. A prisoner seeking leave to appear *in forma pauperis* must provide a financial certificate and certified copy of his trust account statement. 28 U.S.C. § 1915(a)(2); LSR 1-2. This was made clear in the instructions provided to Plaintiff in this case. *See* Docket No. 2 at 1 ("…you must complete an application to proceed *in forma pauperis* on this Court's approved form and attach both an inmate account statement for the past six months and a properly executed financial certificate"); Docket No. 6 at 2 (if Plaintiff wishes to apply to proceed *in forma pauperis*, she must file a new application, plus a completed financial certificate, and a copy of her trust fund account statement for the previous six-month period); Docket No. 6-1 at 1 ("Your application must include copies of your inmate trust account statement for the past six months and a properly executed financial certificate signed by an authorized officer at your institution").

The Court ordered Plaintiff to either pay the filing fee or file a fully complete application to proceed in forma pauperis no later than June 10, 2024 and warned her that, if she did not timely comply with the Court's order, her action would be subject to dismissal without prejudice. Docket No. 6 at 2. Nonetheless, Plaintiff's application was filed on June 28, 2024, and does not include a copy of her trust fund account statement. Docket No. 8.

. . . .

. . . .

1

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: October 10, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).