# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA M. BROWN,<br>　　　Plaintiff,<br>v.<br>BOLDEN,<br>　　　Defendant. | Case No.: 2:24-cv-00504-MMD-NJK<br><br>**ORDER**<br>(Docket No. 7) |

On April 11, 2024, the Court denied Plaintiff's applications for leave to proceed *in forma pauperis*. Docket No. 6. The Court allowed Plaintiff until June 10, 2024, to either file a new application, or to pay the $405 filing fee. *Id*. at 2. On June 28, 2024, Plaintiff filed a motion for information and an application to proceed *in forma pauperis*. Docket Nos. 7, 8.

Concurrently herewith, the Court is issuing a report and recommendation to dismiss this action, as Plaintiff's application to proceed *in forma pauperis* is deficient. As a result, the Court **DENIES** without prejudice Plaintiff's motion for information. Docket No. 7.

IT IS SO ORDERED.

Dated: October 10, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE