UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JESSICA M. BROWN,<br><br>                          Plaintiff,<br>       v.<br>BOLDEN,<br><br>                          Defendant. | Case No. 2:24-cv-00504-MMD-NJK<br><br>ORDER |

Pro se Plaintiff Jessica M. Brown, currently incarcerated at Florence McClure Women's Correctional Center in the custody of the Nevada Department of Corrections, attempted to initiate a lawsuit under 42 U.S.C. § 1983 but did not fully complete three different applications to proceed in forma pauperis. (ECF Nos. 1, 4, 8.) In each case, she failed to provide the required financial certificate and certified copy of her trust account statement. (*Id.*) *See* 28 U.S.C. § 1915(a)(2); LSR 1-2. Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Nancy J. Koppe (ECF No. 10), recommending this case be dismissed without prejudice because Brown has still not properly completed an application to proceed in forma pauperis despite being given another opportunity to do so. To date, no objections to the R&R have been filed. Because there is no objection, and as further explained below, the Court will adopt the R&R.

Because there is no objection, the Court need not conduct de novo review, and is satisfied that Judge Koppe did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations."). As mentioned, Judge Koppe gave Brown another chance to submit a complete application to proceed in forma pauperis (ECF No. 6), but

Brown did not comply (ECF No. 8). Having reviewed the R&R, Judge Koppe did not clearly err.

It is therefore ordered that Judge Koppe's Report and Recommendation (ECF No. 10) is accepted and adopted in full.

It is further ordered that this case is dismissed, in its entirety, without prejudice.

The Clerk of Court is directed to close this case.

DATED THIS 28th Day of October 2024.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE